In the Matter of the Application of THE STANDARD GAS LIGHT COMPANY OF CITY OF NEW YORK v. FRANK J. TAYLOR, as Comptroller of the City of New York, and Another. — Motion for leave to appeal to the Court of Appeals granted.

[See *ante*, p. 583.] Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.